```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         Jan 23, 2017

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY: _____PMC_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOSE PACIFICA REAL ESTATE, S. DE R.L. DE C.V. and REAL ESTATE PACIFICA RT, S. DE R.L. DE C.V.<br><br>Plaintiffs,<br><br>VS.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY<br><br>Defendant | CIVIL ACTION NO.<br>2:16-cv-07235-SVW-JEMx<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>TRIAL DATE:  July 11, 2017<br>TIME:  9:00 a.m.<br>District Judge Stephen V. Wilson<br><br>**JS-6** |

The parties' Stipulation of Dismissal Without Prejudice is hereby GRANTED.

The Court, therefore, ORDERS that this case is dismissed in its entirety WITHOUT PREJUDICE. Costs incurred by either party shall not be taxed as part of

/ / /

/ / /

/ / /

/ / /

```
```
the dismissal without prejudice in this case.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

Date: January 23, 2017

_____
UNITED STATES DISTRICT JUDGE